```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAMON PARTINEZ RAMOS                                        :
                                                            :
                              Plaintiff,                    :
                                                            :        22-CV-4746 (VSB)
                -against-                                   :
                                                            :            **ORDER**
                                                            :
AMAZING DEAL OF GRAND, INC. et al.                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

There appears to be some confusion over the status of pending motions in this case. On October 17, 2022, Defendant filed a document titled "Letter for Pre-motion conferences to Dismiss." (Doc. 13.) But while this letter was styled as a motion seeking leave to file a motion to dismiss, it also included legal arguments. Additionally, I see no apparent reason why Defendant would have been required to seek leave to file a motion to dismiss that they were already entitled to file. Simultaneous with this request, Defendant filed their answer. (Doc. 14.) Plaintiff interpreted the letter request as the motion to dismiss itself and filed an opposition. (Doc. 15.) Defendant did not submit any reply, which might have clarified the nature of its letter and relief sought. Accordingly, it is hereby:

ORDERED that Defendant file a letter of no more than two pages clarifying what relief it seeks in Doc. 13.  This letter shall be filed by January 6, 2023.

SO ORDERED.

Dated: January 3, 2023
      New York, New York

Vernon S. Broderick
United States District Judge