```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON MARTINEZ RAMOS,

                Plaintiff,

      -v-

AMAZING DEAL OF GRAND, INC.
d/b/a 99 CENTS PLAZA, *et ano.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

22-CV-4746 (LTS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held an initial case management conference today by telephone. At the conference, the Court set the following deadlines:

Defendant Jian Ren Chen will have until **September 12, 2023**, to file an answer to plaintiff's complaint. Defendants will also have until **September 12, 2023**, to provide initial disclosures under Rule 26 of the Federal Rule of Civil Procedure.

The parties will have until **October 6, 2023**, to exchange the following documents to the extent they exist (as well as any other documents the parties determine will advance their settlement discussions):

1. Any documents that describe Plaintiff's duties and responsibilities.
2. Any records of wages paid to and hours worked by the Plaintiff (*e.g.*, payroll records, time sheets, work schedules, wage statements and wage notices).
3. A spreadsheet of alleged underpayments and other damages.
4. Defendants shall produce any documents describing compensation policies or practices.

5. If Defendants intend to assert an inability to pay defense then they shall produce proof of their financial condition including tax records, business records, or other documents demonstrating their financial status.

Following the document exchange, the parties have agreed to attend a settlement conference on October 26, 2023 at 2:15 p.m. by Zoom, which will be addressed in a separate settlement scheduling order.

**SO ORDERED.**

Dated: September 6, 2023
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge